# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:11CR467 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| - vs - | ) | |
| | ) | **O R D E R** |
| JOHN L. STREETER, | ) | |
| Defendant. | ) | |

This matter was heard on May 17, 2017, upon the request of the probation office for a finding that the defendant violated the conditions of supervised release. A petition was presented for action of the Court for cause as referenced on the April 24, 2017 violation report.

The defendant was present and represented by counsel Carolyn Kucharski. Assistant U.S. Attorney Brad Beeson present on behalf of the government, as well as Probation Officer Scott Stutler. The defendant waived hearing and admitted to the violations before Magistrate Judge William H. Baughman, Jr., on May 5, 2017. The Court adopts the Magistrate Judge's Report and Recommendation, Doc #: 36, and finds that the defendant violated the conditions of supervised release.

Upon consideration, and for the reasons stated on the record, supervised release is revoked and the defendant is hereby sentenced to **6 months** custody of the U.S. Bureau of Prisons.. No further supervision is ordered.

IT IS SO ORDERED.

*s/Dan Aaron Polster     5/17/2017*
Dan Aaron Polster
United States District Judge